IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID ALLEN WARD,                          *

    Plaintiff                          *

        v                          *          Civil Action No. DKC-18-2708

ROGER PAUL WILLIAMS, JR., *et al*.,        *

    Defendants                          *
                       ***

## ORDER

The above-captioned action was opened upon the receipt of a complaint filed with the full filing fee. Plaintiff bears the responsibility for effecting service of process on defendants and may effectuate service by presenting summonses to the Clerk for signature and seal and then serving a copy of the signed summons and complaint on each defendant. Plaintiff has provided summonses to the Clerk for signature and the Clerk will be directed to issue them.

Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and complaint may be effected by any person who is not a party and who is at least 18 years of age. Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and complaint must promptly notify the court,[1] through an affidavit, that he or she has served a defendant. Service of process on corporations and associations may be made pursuant to Fed. R. Civ. P. 4(h). Plaintiff may contact the office of the State Department of Assessments and Taxation at http://dat.maryland.gov/Pages/default.aspx or (410) 767-1330 to obtain the name and service address for the resident agent of Defendant.

---

[1] If Plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service.

If there is no record that service was effectuated on defendants, Plaintiff risks dismissal of this case.  Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effectuated service of process within 90 days of filing the complaint, the court may enter an order asking the party to show cause why the claims should not be dismissed.  If the party fails to show cause within the time as set by the court, the complaint will be dismissed without prejudice.

Accordingly, it is this 18th day of September, 2018, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk **IS DIRECTED** to issue summonses and to mail them to Plaintiff for service on defendants; and

2. The Clerk **IS DIRECTED** to mail a copy of this Order to Plaintiff.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge