11/28/2018

1:18-cv-02708-DKC

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 NOV 28 AM 11:38

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

Dear Judge Chasanow,

My name is Jesse Hoffman. I am a licensed real estate agent in Maryland. I work as the listing agent for a builder named Roger Paul Williams Jr and his company Steelhouse LLC. I was hired to sell new construction homes located off of Fords Lane in Baltimore MD 21215. I recently had a settlement for one of the properties and was told by a title company employee that I was named in a lawsuit Civil Action No. 1:18-cv-02708-DKC. I was very surprised to hear this. I did not know about this and was never served. I decided I would drive to The United States District Court of Maryland in Greenbelt to try and get more information and see if this was true. I arrived at the courthouse on 11/28/2018 and was told by a clerk I should write this letter to you. I am 29 years old and work very hard at my job and to support my family. After searching for this case number on the computer in the clerks office I was able to find out this was a lawsuit claiming discrimination from a previous customer who was under contract to purchase a home in the new construction community mentioned above. I have never and would never discriminate against anyone. I have worked very hard in my life and have a spotless record with the Maryland Real Estate Commission. In my opinion this previous client is lying to the court and is doing this to try and make money for himself. I am sure the plantiff David Allen Ward has no evidence of any kind of discrimination because as the real estate agent I was nothing but fair and honest. This was a business deal in which race, color or ethnicity had nothing to do with anything.

I work with people of all races, ages, backgrounds and treat every person I work with and come in contact with with the uptmost respect, fairness and integrity. I am upset that anyone would say otherwise. I am not sure what I do next in reference so I wanted to send you this letter. I am looking forward to hearing from you. I hope you had a wonderful Thanksgiving.

I can be reached at...

Address:
1445 Margaret Place
Edgewater MD 21037

Phone:
443 605 3283

Email: Jesse@JesseHoffmanTeam.com

Sincerely,

Jesse L. Hoffman
Jesse L Hoffman